UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed*

| | |
|---|---|
| APRIL HALLERON, MD, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 3:22-cv-633-GNS-CHL |
| v. ) | |
| ) | |
| RELIANCE STANDARD LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| *Defendant*. ) | |

## JOINT STATUS REPORT

Plaintiff April Halleron, MD, and Defendant Reliance Standard Life Insurance Company, pursuant to this Court's order of November 1, 2023 (DN: 25), hereby provide the following Joint Status Report:

1. The parties mediated this matter with Mediator Jeff Taylor on September 12, 2023, via Zoom. Dr. Halleron was present, along with her counsel. An authorized representative of Reliance Standard Life Insurance Company, along with defense counsel, also participated in the mediation. The parties were not able to resolve the case, but agreed to reconvene if they believed further negotiations would be fruitful.

2. On September 20, 2023, the parties jointly reported to the Court that "[g]iven the parties' significant differences of opinions regarding the value of the claim and lack of progress at mediation, Defendant does not believe that further negotiations would be productive at this time and, therefore, wishes to proceed with briefing Plaintiff's claims on the merits." (DN: 22). Simultaneous dispositive briefs were filed on November 17, 2023. Response briefs are due December 15, 2023.

3. On November 28, 2023, and again on December 1, 2023, the parties' counsel discussed by e-mail possible resumption of settlement negotiations. After reviewing Plaintiff's brief and considering the arguments of and risks to both parties, Defendant continues to believe that the fundamental and significant differences in the parties' evaluation of this case make resolution by agreement highly unlikely. Defendant, therefore, wishes to continue with briefing on the merits and does not seek a second mediation or settlement conference with the Court. Plaintiff was and remains open to settlement discussions. However, given Defendant's position, Plaintiff agrees that a second mediation or settlement conference would likely not be productive.

**DATED: December 1, 2023.**

Respectfully submitted,

/s/ Andrew M. Grabhorn (by EMO w/p)
Michael D. Grabhorn
Andrew M. Grabhorn
**Grabhorn Law | Insured Rights®**
2525 Nelson Miller Parkway, Suite 107
Louisville, KY 40223
502.244-9331
502.244.9334 (fax)
m.grabhorn@grabhornlaw.com
a.grabhorn@grabhornlaw.com
*Counsel for Plaintiff*

/s/ Edward M. O'Brien
Edward M. O'Brien
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
502.238.7851
502.238.7844 (fax)
edward.obrien@wilsonelser.com
*Counsel for Defendant Reliance Standard Life Insurance Company*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was electronically filed on December 1, 2023, with the Clerk of the Court by using the CM/ECF system, which will send notice of filing to the following:

Michael D. Grabhorn
Andrew M. Grabhorn
**Grabhorn Law | Insured Rights®**
2525 Nelson Miller Parkway, Suite 107
Louisville, KY 40223
502.244-9331
502.244.9334 (fax)
m.grabhorn@grabhornlaw.com
a.grabhorn@grabhornlaw.com
*Counsel for Plaintiff*

                                              */s/ Edward M. O'Brien*
                                              *Counsel for Defendant Reliance Standard Life Insurance Company*